(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED by **PG** D.C.

NOV 17 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**lenncY Waldex Jeudy**
(Enter the full name of the plaintiff in this action)

cat / div **SSO/1983/FTL**
Case # _____
Judge _____ Mag **WHITE**
Motn Ifp **YES** Fee pd $ **O**
Receipt # _____

v.

**Garnet Hallandale P.D.**

**Hallandale beach Police Department**

**assistant state Attorney officer MS. Kuff**

**South Florida reception Center (DOC)**

**broward Clerk of Court**
(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Lenncy W. Jeudy

A. Inmate #: 046 662 958

Address: 6240 SW 16th street

Pompano Fl. 33068

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Garnet

is employed as Hallandale P.D. officer

at 400 S. Federal Hwy, Hallandale beach, Fl. 33009

C. Additional Defendants: Assistant state attorney Ms. Kuff

201 S.E 6th street Fort lauderdale Fl. 33301

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

See Attachment A

## II. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

See Attachment #A

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

See Attachment A

## IV. Jury Demand

Do you demand a jury trial? [✓] Yes [ ] No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this \_\_\_\_8th\_\_\_\_ day of \_\_\_\_NOVEMBER\_\_\_\_, 20\_17\_

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: \_\_\_11/8/2017\_\_\_

_____
(Signature of Plaintiff)

*Ann Santini*  11/8/2017

[Notary Seal: ANN SANTINI, NOTARY PUBLIC, GEORGIA, CHARLTON COUNTY, EXPIRES JUNE 2, 2019]

Attachment # A

# I. Parties

**D. Defendant:** Hallandale police Department

is employer as Hallandale Agencies

at 400 S. Federal Hwy, Hallandale beach, Fl. 33009

**E. Defendant:** South Florida reception center

is employed as D.O.C.

at 14000 NW 41 street Doral Fl. 33178

**F. Defendant:** broward county clerk of court

is employeed as clerk of courth 17 Judicial

at 201 SE 6TH street Ft lauderdale Fl. 33301

## II. STATEMENT OF FACT

On january 29 2014, approximately 6:00 am Mr.jeudy allegedly heard a shotgun outside his appartment Mr.Jeudy and his girlfriend Aime was sleeping and Mr.Jeudy got up in went outside his appartment to check on his car, when Jeudy walked to the parking lot he saw officer garnet for Hallandale P.D. Looking around and garnet walked to Jeudy and ask him if he head any gunshot, Mr. Jeudy answer to officer garnet where no."I did not hear anything". So therefor Mr. Jeudy left garnet in the parking lot and he went back inside his appartment and lock his door behind him. A few minute when by garnet and unknown officers knock in Mr.Jeudy front door. Jeudy have the right not to open is door. Mr. Jeudy and Aime 4th amendment right had been violated. Garnet and unknown offices break and entry jeudy appartment and slim jeudy on the floor, and scream"if you make any move im going to shot you" the officers point guns in Mr. jeudy head.without Mr. jeudy consent or warrant after illegaly break and entry jeudy appartment and the officers start to illegaly search the two rooms,the livingroom etc, and one of the room the officer garnet found a shotgun that jeudy brought a few weeks back, officer garnet went and check the serial number on the shotgun, the number come back stolen shotgun a year before Mr. jeudy purchase it. Garnet and unknown officers then take jeudy into custody at broward county jail for grand theft firearm. The first

Week of june 2015 Jeudy went to trial, during the trial process the assistant satate attorney officer ms. Kuff put aime in hand cuff.she was under duress and coercion, force her to testify after she plea the 5th amendment right. Under "oath" she said Mr. Jeudy and I not longer dating and he di not steal the shotgun, Jeudy purchase it from someone with lawful money. After her testimony the judge and the assistant state attorney officer ms. Kuff found jeudy guilty and sentence him to 5 years prison so jeudy appeal his wrongful conviction and sentence. While jeudy in prison they mistreating him and force him to worked for free. Jeudy menttaly distress due to violation as 1st amendment right or emotional injiry suffed while in custody, by mean jeudy start heard voicees and saw crazy things he never see before, and depression. The result from unlawful conviction or an unconstitutional criminal conviction cause him lost his job, properties, cars, clothes, etc.

After 699 days in DOC prison the 4DCA come to a conclussion on november 23, 2016, the judges reverse jeudy wrongful conviction and sentence for a new trial. Under threat duress and coercion hard labor confinement Mr. Jeudy plea out on a misdemeaner petty theft on March 27, 2017 and homeless after 699 days prisonment, without bail jeudy loss all his properties. Prison # [I47570]. A misdemeaner charge only carry a max 364 days county jail not states prison.

Inaddition jeudy first day in south florida reception center correction officers told jeudy to mail his properties home, so jeudy mailed is galaxi 6 cellphone, wallet, belt to his mother house but when the parkage arrived there jeudy cellphone was missing. Jeudy wrote grienvance about his phone, the grienvance was denial jeudy appeal his grienvance the appeal denial. I like this court to review this case in good faith.

## III. Relief

1. I want the united states court to look on what violation of his liberty interest ground in the constitution of the united states.

2. I want the united states court to look what right guarantee under the constitution the defendants had been violated .

3. I want the court to grant plaintiff 42 U.S.C 1983 and/or for such other relief as this court may deem reasonable.

4. Jeudy liberty against false to prisonment.Jeudy 4th,5th ,1th amendment right and other violations had been violated cause him due process protection.

5. Defendants garnet and unknown officers is sued in his official and private capacity as Hallandale P.D. For compensatory and punitive damages.

6. Chealsia kuff is sued in her official and private capacity as assistant state attoney officer for compensatory and punitive damages.

7. Hallandale beach police department is sued in his official and private capacity for compensatory and punitive damages.

8. South florida reception center DOC is sued in his official and private capacity for compensatory and punitive damages.

Jenney W. Jeudy
A# 046 662 958
Krome Service Processing Center
18201 SW 12th Street
Miami, Fl. 33194

United State Court Southern
District Of Florida
400 N. Miami Avenue, Room 8N09
Miami, Fl. 33128



LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

legal mail

LEGAL MAIL

LEGAL MAIL